UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 09-61923-CIV-JORDAN

| | |
|---|---|
| TOILET TAXI, CORP., | ) |
|     Plaintiff | ) |
| vs. | ) |
| SOUTHEAST SERVICE CORP., et al., | ) |
|     Defendants | ) |

**DISCOVERY PROCEDURE FOR MAGISTRATE JUDGE CHRIS M. MCALILEY**

The following discovery procedures apply to all civil cases assigned to United States District Judge Adalberto Jordan. If a discovery dispute arises, the parties **must** confer in a good faith effort to resolve the dispute.

**MEET AND CONFER**

Counsel **must** actually confer (in person or via telephone) and engage in reasonable compromise in a genuine effort to resolve their discovery disputes **before** filing discovery motions. The Court may impose sanctions, monetary or otherwise, if it determines discovery is being improperly sought or is being withheld in bad faith.

**DISCOVERY MOTIONS**

If, after conferring, the parties are unable to resolve their discovery disputes without Court intervention, the moving party shall file a motion, **no longer than 5 pages in length**. The moving party may attach as exhibits to the motion materials relevant to the discovery dispute. For example, if the dispute concerns interrogatories, the interrogatory responses (that restate the interrogatories) shall be filed, with some indication which interrogatories remain in dispute. The movant shall include in its motion a certificate of good faith that complies with S.D. Fla. L. R. 7.1 (A)(3). **Counsel shall also deliver a courtesy hard copy of the motion and tabbed exhibits to Judge McAliley's chambers at the time of filing.**

Once a discovery motion is filed, the Court will review the motion. In most instances, the Court will issue an order placing the motion on its next available discovery calendar.

**RESPONSES TO MOTIONS**

The responding party shall file a response to the discovery motion no later than the close of business three days before the discovery conference noticed by the Court. The response shall be limited to **3 pages in length.** The responding party may attach as exhibits materials relevant to the discovery dispute, as referenced above. **Counsel shall also deliver a courtesy hard copy of the response and tabbed exhibits to Judge McAliley's chambers at the time of filing**.

On the rare occasions when the Court believes the motion might be resolved without a hearing it will order the non-moving party to file a response.

These procedures do not relieve parties from the requirements of any Federal Rule of Civil Procedure or Local Rule.

DONE and ORDERED in chambers in Miami, Florida, this 25th day of May, 2010.

/s/ Adalberto Jordan
Adalberto Jordan
United States District Judge

Copy to:    All counsel of record
            Magistrate Judge McAliley